1  John boutte , Pro Se

2  225 Berry Street #303

3  San Francisco , California 94107

4  ( 415 ) 896-9205

5                United States District Court

6              Northern District of California

7

8

9  John Boutte , Pro Se                    ) Case Number C 07-5276 EMC
                                            ) Petition and Complaint In The Nature of A
10          Plaintiff,
                                            ) Suit For Deprivation of Federally
11     vs.
                                            Protected Rights 42 USC 1983 . For
12 Byron J. Bahr , Judge/ Commissioner Arlene
                                            Injunctive Relief and Other Damages as
13  T. Borick , Daimler Chrysler Financial
                                            The Court Shall Determine Reasonable .
14 Services Americas LLC , Cooksey , Tooles,
                                            And Under Amendment 18 usc 1964 (a) Civil
15  , Gage , Duffy , and Wong and Jane and
                                            RICO .
16 John Does 1 through 50 .                 )
                                            )
17         Defendants                       )
                                            )
18                                          )
19                                          )
                                            )
20 _____

21
                            Complaint
22

23
        Comes Now John Boutte , Pro Se and files this suit pursuant to The
24
   Federal Rules of Civil Procedure ; Asserting all of the Rights of A Pro Se Litigant as
25
   established in Common Law ; And for cause pleads the following :
26
      1. The Chrysler Corporation and its employees misapplied a payment of the
27
         Plaintiff  John Boutte , and harassed this Plaintiff and his Son day and
28

                         Summary of Pleading - 1

1  night ; Using illegal automatic dialing machines , causing the son not to
2  be able to get any sleep and threatening this Plaintiff , that they were
3  going to take his car ; until Plaintiff sued Chrysler and their Attorney .
4  2. Their Attorney and his Law Firm continued the harassment wanting Plaintiff
5  to settle on their terms and to dismiss the Law Suit .
6  3. Their Attorney after receiving a Registered Letter from advising him that he
7  was not my Attorney ; Then entered into a Conspiracy with with the sitting
8  State Judge and her clerk and another State Judge to levy sanctions on this
9  Plaintiff and to force plaintiff to settle with Defendants and Deny
10 Plaintiff his Rights and Property i.e. ,( His Money and Damages Under The
11 Law ) .

                                    Prayer

Now Therefore , Plaintiff Prays for $ 200,000,000.00 , (Two Hundred Million Dollars ) damages from each Defendant and $ 600,000,000.00 from each defendant pursuant to Federal Statue Under 18 USC 1964(a) .

Respectfully Submitted ,

*John Boutte* (signature)

Mr. John Boutte

Dated this 18th day of September, 2007