UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOHN BOUTTE,

       Plaintiff(s),                                No. C 07-5276 PJH

       v.                                        **JUDGMENT**

BYRON J. BAHR, et al.,

       Defendant(s).
_____/

      The court having dismissed the complaint for plaintiff's failure to serve any defendant, it is Ordered and Adjudged that the complaint is dismissed without prejudice.

      IT IS SO ORDERED.

Dated: March 19, 2008

_____
PHYLLIS J. HAMILTON
United States District Judge