1  Mr. John Boutte , Pro Se
2  225 Berry Street , Apt. 303
3  San Francisco, California 94107
4  ( 415 - 896- 9205 )

FILED
08 MAR 20 PM 12:55
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

United States District Court

Northern District of California

| John Boutte , Pro Se | ) Case No.: C07-5276 PJH |
|---|---|
| Plaintiff, | ) Notice of Appeal |
| vs. | ) |
| Byron J. Bahr , et.al. | ) |
| Defendants | ) |

Notice of Appeal

Comes Now John Boutte , and files this , his Notice of Appeal , And request that all Documents in this case be forwarded to The United States Court of Appeals .

Respectfully Submitted ,

*/s/ John Boutte*

JOHN BOUTTE , Pro Se

Dated this [Date]

[Attorneys' address]
[Attorneys' names]

[Summary of pleading] - 1