**UNITED STATES DISTRICT COURT**
**Northern District of California**
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

Richard W. Wieking                                                              General Court Number
Clerk                                                                                         415.522.2000


March 21, 2008


John Boutte
225 Berry Street, Apt. 303
San Francisco, CA 94107


    SUBJECT:    Request for Payment of Docket Fee

        **Title:  JOHN BOUTTE -v- BYRON J. BAHR**
        **Case Number:     CV 07-05276 PJH**
        **Court of Appeals Number:**


    A notice of appeal was filed with this Court on March 20, 2008 and the docketing fee of $455.00 has not been received.  Please forward the above referenced fee to this office immediately.

    The check is to be made payable to "CLERK, U.S. DISTRICT COURT."

                                                   Sincerely,

                                                  RICHARD W. WIEKING, Clerk

                                                  *Felicia Reloba*

                                                  **by:  Felicia Reloba**
                                                  **Case Systems Administrator**


    **cc: U.S. Court of Appeals**