ADRMOP, APPEAL, CLOSED, E-Filing, ProSe

# U.S. District Court
## California Northern District (San Francisco)
## CIVIL DOCKET FOR CASE #: 3:07-cv-05276-PJH
### Internal Use Only

Boutte v. Bahr et al  
Assigned to: Hon. Phyllis J. Hamilton  
Cause: 42:1981 Civil Rights

Date Filed: 10/17/2007  
Date Terminated: 03/19/2008  
Jury Demand: None  
Nature of Suit: 440 Civil Rights: Other  
Jurisdiction: Federal Question

**Plaintiff**

**John Boutte**     represented by   **John Boutte**  
225 Berry Street  
Apt. 303  
San Francisco, CA 94107  
415-896-9205  
PRO SE

V.

**Defendant**

**Judge Byron J. Bahr**

**Defendant**

**Commissioner Arlene Borick**

**Defendant**

**Daimler Chrysler Financial Services Americas LLC**

| Date Filed | # | Docket Text |
|---|---|---|
| 10/17/2007 | 1 | COMPLAINT against Byron J. Bahr, Arlene Borick, Daimler Chrysler Financial Services Americas LLC (Fee Status: IFPP; no summons issued). Filed by John Boutte. (sv, COURT STAFF) (Filed on 10/17/2007). (far, COURT STAFF). Modified on 3/20/2008 (far, COURT STAFF). (Entered: 10/22/2007) |
| 10/17/2007 | 2 | ADR SCHEDULING ORDER: Case Management Statement due by 1/16/2008. Case Management Conference set for 1/23/2008 01:30 PM. (Attachments: # 1 Standing Order for Judge Chen# 2 Standing Order for all Judges)(sv, COURT STAFF) (Filed on 10/17/2007) (Entered: 10/22/2007) |
|  |  |  |

| | | |
|---|---|---|
| 10/17/2007 | 🌐 | CASE DESIGNATED for Electronic Filing. (sv, COURT STAFF) (Filed on 10/17/2007) (Entered: 10/22/2007) |
| 01/17/2008 | 🌐3 | CLERK'S NOTICE of Impending Reassignment to U.S. District Judge (bpf, COURT STAFF) (Filed on 1/17/2008) (Entered: 01/17/2008) |
| 01/18/2008 | 🌐4 | ORDER REASSIGNING CASE. Case reassigned to Judge Hon. Phyllis J. Hamilton for all further proceedings. Judge Magistrate Judge Edward M. Chen no longer assigned to the case.. Signed by Executive Committee on 1/18/08. (as, COURT STAFF) (Filed on 1/18/2008) (Entered: 01/18/2008) |
| 02/28/2008 | 🌐5 | ORDER to Show Cause. Signed by Judge Hamilton on 2/28/2008. (pjhlc2, COURT STAFF) (Filed on 2/28/2008) (Additional attachment(s) added on 2/29/2008: # 1 Certificate of Service) (nah, COURT STAFF). (Entered: 02/28/2008) |
| 03/19/2008 | 🌐6 | ORDER of Dismissal. Signed by Judge Hamilton on 3/19/2008. (pjhlc2, COURT STAFF) (Filed on 3/19/2008) (Additional attachment(s) added on 3/20/2008: # 1 Certificate of Service) (nah, COURT STAFF). (Entered: 03/19/2008) |
| 03/19/2008 | 🌐7 | JUDGMENT. Signed by Judge Hamilton on 3/19/2008. (pjhlc2, COURT STAFF) (Filed on 3/19/2008) (Additional attachment(s) added on 3/20/2008: # 1 Certificate of Service) (nah, COURT STAFF). (Entered: 03/19/2008) |
| 03/19/2008 | 🌐 | (Court only) ***Civil Case Terminated. (far, COURT STAFF) (Filed on 3/19/2008) (Entered: 03/20/2008) |
| 03/20/2008 | 🌐8 | NOTICE OF APPEAL as to 7 Judgment, 6 Order by John Boutte. (FEE NOT PAID) (Attachments: # 1 Envelope)(far, COURT STAFF) (Filed on 3/20/2008) (Entered: 03/20/2008) |
| 03/21/2008 | 🌐9 | Certificate of Record Mailed to USCA re appeal 8 Notice of Appeal (far, COURT STAFF) (Filed on 3/21/2008) (Entered: 03/21/2008) |
| 03/21/2008 | 🌐10 | Mailed request for payment of docket fee to appellant (cc to USCA) (far, COURT STAFF) (Filed on 3/21/2008) (Entered: 03/21/2008) |
| 03/21/2008 | 🌐 | Copy of Notice of Appeal and Docket sheet mailed to all counsel (far, COURT STAFF) (Filed on 3/21/2008) (Entered: 03/21/2008) |