1  Mr. John Boutte , Pro Se

2  225 Berry Street , Apt. 303

3  San Francisco, California 94107

4  ( 415 - 896- 9205 )

5

6                    United States District Court

7                 Northern District of California

8

9  John Boutte , Pro Se                ) Case No.: C07-5276 PJH
                                       )
10          Plaintiff,                 )      Notice of Appeal
                                       )
11      vs.                            )
                                       )
12  Byron J. Bahr , et.al.             )
                                       )
13          Defendants                 )
                                       )

14

15                      Notice of Appeal

16

17       Comes Now John Boutte , and files this , his Notice of Appeal ,

18       And request that all Documents in this case be forwarded to

19       The United States Court of Appeals .

20                              Respectfully Submitted ,

21

22                              JOHN BOUTTE , Pro Se

23

24                      Dated this [Date]

25                                      [Attorneys' address]
                                        [Attorneys' names]
26

27

28

                        [Summary of pleading] - 1

FILED

08 MAR 20 PM 12: 55

RICHARD W. WIEKING
CLERK. U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA