1  Mr. John Boutte , Pro Se
2  225 Berry Street Apt.303
3  San Francisco , California 94102
4  ( 415-896-9205 )
5
6           United States District Court
7
8
9  John Boutte , Pro Se            ) Case No.: C07-5276 PJH
10            Plaintiff,            ) Notice of Acknowledgement
11     vs.                          )
12 Byron J. Bahr , et.al.           )
13            Defendant             )

FILED
08 MAR 27 PM 1:43
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

15              Acknowledgement
16
17     Comes Now John Boutte and acknowledges receipt
18 Of Order of Dismissal and Judgment date Stamped March ~~18~~ JB
19 19 , 2008 , and received March 24, 2008 .
20     I request that there be no electronic filings in
21 this case because it places this Pro Se litigant at a
22 Extreme disadvantage .
23                        Respectfully Submitted ,
24
25
26                        Dated this 26ᵗ March , 2008
27                            JOHN BOUTTE
28                        John Boutte , Pro Se

[Summary of pleading] - 1