```
 1  Mr. John Boutte , Pro Se                FILED
 2  225 Berry Street Apt.303                08 MAR 27 PM 1:43
 3  San Francisco , California 94102        RICHARD W. WIEKING
                                            CLERK, U.S. DISTRICT COURT
 4  ( 415-896-9205 )                        NORTHERN DISTRICT OF CALIFORNIA
 5
 6              United States District Court
 7
 8
 9  John Boutte , Pro Se         ) Case No.: C07-5276 PJH
                                 )
10          Plaintiff,            ) Notice of Acknowledgement
                                 )
11      vs.                       )
                                 )
12  Byron J. Bahr , et.al.        )
                                 )
13          Defendant             )
                                 )
14  _____
15              Acknowledgement
16
17      Comes Now John Boutte and acknowledges receipt
18  Of Order of Dismissal and Judgment date Stamped March    JB
19  19 , 2008 , and received March 24, 2008 .
20      I request that there be no electronic filings in
21  this case because it places this Pro Se litigant at a
22  Extreme disadvantage .
23                          Respectfully Submitted ,
24
25
26                          Dated this 26ᵗ March , 2008
27                          JOHN BOUTTE
28                          John Boutte , Pro Se
```

[Summary of pleading] - 1