UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

MAR 25 2008

MOLLY DWYER, ACTING CLERK
U.S. COURT OF APPEALS

| JOHN BOUTTE, | No. 08-15639 |
| Plaintiff - Appellant | D.C. No. 07-CV-05276-PJH |
| v. | TIME SCHEDULE ORDER |
| BYRON J. BAHR, Judge; ARLENE BORICK, Commissioner; DAIMLER CHRYSLER FINANCIAL SERVICES AMERICAS LLC, | |
| Defendants - Appellees | |

The parties shall meet the following time schedule:

**Mon., May 5, 2008**   Appellant/petitioner's opening brief and excerpts of record shall be served and filed pursuant to FRAP 32 and 9th Cir. R. 32-1;

**Failure of the appellant to comply with the Time Schedule Order will result in automatic dismissal of the appeal. 9th Cir. R. 42-1**

Appellants/Petitioners without representation of counsel in a prisoner appeal may have their case submitted on the briefs and record without oral argument, pursuant to FRAP 34(a). Within 10 days of the filing of the appellant's opening brief, parties may file a statement setting forth the reasons why, in the opinion of the parties, oral argument should be heard.

FOR THE COURT:

Molly Dwyer
Acting Clerk of Court

Gerald Rosen
Deputy Clerk