```
 1  Mr. John Boutte , Pro Se
 2  225 Berry Street Apt. 303
 3  San Francisco , CA. 94107
 4  ( 415-896-9205 )
 5
 6
 7              United States District Court
 8              Northern District of California
 9
10  Mr. John Boutte              ) Case No.: CV07-05276 PJH
                                 )
11           Plaintiff,           ) Acknowledgement and
                                 )
12      vs.                       ) Response
                                 )
13  Byron J. Bahr , et.al.        )
                                 )
14           Defendant            )
                                 )
15
16           Acknowledgement and Response
17
18           Comes Now Jojn Boutte , and
19  Acknowledges receipt of request of payment of Docket
20  Fee . I proceeded in this case in Formis Pauporis and
21  am proceeding on Appeal in the same manner
22  The material facts of the Application In Formis
23  Pauporis has not changed .
24                          Respectfully Submitted ,
25                          JOHBOUTTE
                            _____
26                          John Boutte , Pro Se
27
28
                          Dated this [Date] 27 March ,
                                              2008
         [Summary of pleading] - 1
```

A "FILED" stamp appears at top right: "08 APR -2 PM 1:07 RICHARD W. WIEKING, CLERK U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA"