UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

APR 04 2008

MOLLY C. DWYER, CLERK OF COURT
U.S. COURT OF APPEALS

| JOHN BOUTTE, | No. 08-15639 |
| --- | --- |
| Plaintiff - Appellant | D.C. No. 07-CV-05276-PJH |
| v. | |
| BYRON J. BAHR, Judge; ARLENE BORICK, Commissioner; DAIMLER CHRYSLER FINANCIAL SERVICES AMERICAS LLC, | ORDER |
| Defendants - Appellees | |

**FILED**

APR - 8 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

A review of the district court docket reflects that appellant has not paid the docketing and filing fees for this appeal. Within 21 days from the date of entry of this order, appellant shall: (1) file a motion with this court to proceed in forma pauperis; (2) pay $455.00 to the district court as the docketing and filing fees for this appeal and provide proof of payment to this court; or (3) otherwise show cause why the appeal should not be dismissed for failure to prosecute. If appellant fails to comply with this order, the appeal will be dismissed automatically by the Clerk under Ninth Circuit Rule 42-1.

FOR THE COURT:

Molly C. Dwyer
Clerk of Court

By: Joe Williams
Deputy Clerk