**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

| | | |
|---|---|---|
| Richard W. Wieking<br>Clerk | | General Court Number<br>415.522.2000 |

August 29, 2008

CASE NUMBER:   **CV 07-05276 PJH**
CASE TITLE:   **JOHN BOUTTE -v- BYRON J. BAHR**
DATE MANDATE FILED:   8/29/08

TO COUNSEL OF RECORD:

    The mandate of the United States Court of Appeals for the Ninth Circuit has been filed in the above captioned case.

                  Sincerely,

                  RICHARD W. WIEKING, Clerk

                  */s/ Felicia Reloba*

                  by:   Felicia Reloba
                  Case Systems Administrator

Distribution:   CIVIL   -   Counsel of Record

                CRIMINAL   -   Counsel of Record
                                      U.S. Marshal (Copy of Mandate)
                                      U.S. Probation Office

NDC App-16